

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:     *The Nigerian Foundation v. Bedford Umezulike*

Appellate case number:   01-20-00262-CV

Trial court case number: 2016-58037

Trial court:             295th District Court of Harris County


   The appellees have filed a motion to extend time to file a response to the appellant's motion for rehearing. The motion is GRANTED IN PART. Accordingly, the appellees' response must be filed on or before October 31, 2022.

   It is so ORDERED.


Justice's signature:  <u>/s/ Gordon Goodman</u>
         Acting for the Court

Panel consists of: Justices Goodman, Rivas-Molloy, and Farris.


Date:  <u>October 18, 2022</u>